IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN BERNSTEIN and<br>CLAIRE BERNSTEIN,<br><br>                Plaintiffs,<br><br>      v.<br><br>NATIONWIDE MUTUAL FIRE INSURANCE<br>COMPANY,<br><br>                Defendant. | CIVIL ACTION<br><br>No. 12-1490 |

## **O R D E R**

**AND NOW**, this 24th day of July, 2012, upon consideration of Defendant, Nationwide Mutual Fire Insurance Company's, Motion to Dismiss (Doc. No. 4), and the Response of Plaintiffs, Steven and Claire Bernstein, it is hereby **ORDERED** that said Motion is **DENIED**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE